NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY DEAN HOLLAND,  )
DOC #Y24628,  )
   )
      Appellant,  )
   )
v.  )     Case No. 2D16-2800
   )
STATE OF FLORIDA,  )
   )
      Appellee.  )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Collier County; Lauren L. Brodie, Judge.

Crystal McBee Frusciante of Frusciante Law Firm, P.A., Sunrise; and Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Donna S. Koch, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

      Affirmed.

KHOUZAM, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.